# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE A. DEHESH,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A., SELENE FINANCE LP, and DOES ONE THROUGH TWENTY INCLUSIVE,<br><br>　　　　　　　　　　Defendant. | CASE NO. 12-cv-257-MMA (BLM)<br><br>**ORDER *SUA SPONTE* DISMISSING THE ACTION FOR LACK OF SUBJECT MATTER JURISDICTION;**<br><br>**DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND DEFENDANT SELENE FINANCE'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. Nos. 3 and 7] |

Currently pending before the Court is Plaintiff Janice A Dehesh's motion for a preliminary injunction, which was set for hearing on March 19, 2012. [Doc. No. 3.] On March 16, 2012, in anticipation of the hearing, the Court issued its tentative ruling on Plaintiff's motion for a preliminary injunction. [Doc. No. 8.] In its tentative ruling, the Court indicated it was inclined to dismiss the action for lack of subject matter jurisdiction, and ordered Plaintiff to show cause why the action should not be dismissed for lack of jurisdiction. [*Id*.] On March 19, the Court held the hearing on Plaintiff's motion for a preliminary injunction. [Doc. No. 9.] Plaintiff's counsel, Joseph Rego, failed to appear.

Accordingly, in absence of a response to the Court's order to show cause, the Court finds that it lacks subject matter jurisdiction over this action for the reasons set forth in its tentative

1 ruling.  Therefore, the Court *sua sponte* **DISMISSES** this action for lack of subject matter
2 jurisdiction, and **DENIES** Plaintiff's motion for a preliminary injunction [Doc. No. 3] and
3 Defendant Selene Finance's motion to dismiss [Doc. No. 7] as **MOOT**.  The Clerk of Court is
4 instructed to terminate the case.

**IT IS SO ORDERED**.

DATED: March 19, 2012

*[signature]*

Hon. Michael M. Anello
United States District Judge